# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DANIEL PERRY, | 1:09-cv-01350-AWI-DLB (HC) |
| Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION FOR RELIEF FROM RESTITUTION FINE |
| v. | |
| KINGS CO., | [Doc. 12] |
| Respondent. | |

On October 13, 2009, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed for failure to state a cognizable federal claim and judgment was entered. (Court Docs. 10 and 11.)

Now pending before the Court is Petitioner's motion seeking relief from the $10,000 restitution fine imposed by the Kings County Superior Court. (Court Doc. 12.) Petitioner's motion is HEREBY DISREGARDED as moot in light of the dismissal of the petition on the same basis raised in Petitioner's current motion.

IT IS SO ORDERED.

Dated:  January 12, 2010              /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1